JS-6

FILED
CLERK, U.S. DISTRICT COURT
SEP 30 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLE ZERO, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC. et al.,<br><br>Defendants. | CASE NO. CV10-5241 CBM (JCGx)<br>*Hon. Consuelo B. Marshall*<br><br>[PROPOSED] ORDER RE ENTRY OF JUDGMENT |


## [PROPOSED] ORDER RE ENTRY OF JUDGMENT

On July 21, 2011, this Court found Defendants Bella D, Inc. and Styles for Less, Inc. ("Defendants") liable to Plaintiff Double Zero, Inc. for copyright infringement.

On September 23, 2011, Defendants and Plaintiff stipulated that Plaintiff's damages on its claims for copyright infringement against Defendants are in the amount of $60,000.00.

IT IS ORDERED that Defendants Bella D, Inc. and Styles for Less, Inc. are liable to Double Zero, Inc. for copyright infringement jointly and severally in the amount of $60,000.00 plus costs and attorneys fees to be decided by this Court.

This Court retains jurisdiction to enforce the provisions of the Stipulation for Entry of Judgment filed by the parties on September 23, 2011, and this Court's Order hereon.

IT IS SO ORDERED.

Date: 9/30/11

CONSUELO B. MARSHALL
United States District Court Judge
Central District of California