# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUBLE ZERO, INC., a California corporation, | Case No. CV10-5241 CBM (JCGx) |
| Plaintiff, | **REVISED JUDGMENT AMENDING JUDGMENT TO ADD ATTORNEYS' FEES AGAINST BELLA D, INC., AND STYLES FOR LESS, INC., IN THE AMOUNT OF $91,406.00.** |
| v. | |
| THE TJX COMPANIES, INC. et al., | |
| Defendants. | |

# REVISED JUDGMENT

On July 21, 2011, this Court found Defendants Bella D, Inc. and Styles for Less, Inc. ("Defendants") liable to Plaintiff Double Zero, Inc. for copyright infringement. On September 23, 2011, Defendants and Plaintiff stipulated that Plaintiff's damages on its claims for copyright infringement against Defendants are in the amount of $60,000.00. On March 19, 2012, this Court granted Double Zero, Inc's Motion for Attorneys' Fees in the amount of $91,406.00.

## ACCORDINGLY, THE COURT ENTERS JUDGMENT FOR PLAINTIFF DOUBLE ZERO, INC., AS FOLLOWS:

1. Against Defendants Bella D, Inc. and Styles for Less, Inc., jointly and severally, in the amount of Sixty Thousand Dollars ($60,000.00).

2. Against Defendants Bella D, Inc. and Styles for Less, Inc., jointly and severally, in the amount of Ninety One Thousand Four Hundred and Six Dollars ($91,406.00) for Double Zero, Inc's attorneys' fees.

3. Against Defendants Bella D, Inc. and Styles for Less, Inc., jointly and severally, for post-judgment interest, in an amount that is to be calculated from the date of the entry of judgment at a rate equal to 0.16 percent, computed daily and compounded annually.

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED.**

Date: May 25, 2012

By: _____
CONSUELO B. MARSHALL
United States District Court Judge